**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

**Date: 5/23/13**

In re:   Case No.:   12−31531 TJC     Chapter:   13

Karl Hampton
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 61 − Notice Requesting Trustee to Reschedule 341 Meeting Filed by Karl Hampton (related document(s)48 Statement Adjourning Meeting of Creditors). (Arter, Laurie)

PROBLEM: A Certificate of Service on all entities affected by the pleading was not filed.

CURE: A Certificate of Service on all entities affected by the pleading must be filed by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 6/6/13.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/after−filing**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Laurie Arter  301−344−3327

cc:   Debtor(s)
      Attorney for Debtor(s) − PRO SE

Form defntc (01/06)